Z. Kathryn Branson, Esq.
Nevada State Bar No. 11540
kbranson@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:     702.862.7730
Fax No.:         702.920.8450

Attorneys for Defendant
BARCLAYS SERVICES LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| APRIL MAYS,<br><br>           Plaintiff,<br><br>     v.<br><br>BARCLAYS, DOES 1 through 100, inclusive,<br><br>           Defendant. | Case No. 2:23-cv-00952-RFB-DJA<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |
|---|---|

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff ARPIL MAYS ("Plaintiff") and Defendant BARCLAYS SERVICES LLC (wrongfully named "Barclays") ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of July 28, 2023, up to and including **August 18, 2023**.

Such extension is necessary in light of the fact that Defendant's counsel was recently retained and requires the additional time to continue to investigate the allegations in the Complaint.  Further, an arbitration agreement exists which may affect jurisdiction of this matter, and Plaintiff's counsel requires an opportunity to review and consider the terms.

/ / /

/ / /

/ / /

4875-8414-1937.1 / 067242-1039

LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

2:23-CV-00952-RFB-DJA

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: July 28, 2023

Respectfully submitted,

/s/ Scott B. Olifant
SCOTT B. OLIFANT, ESQ.

*Attorney for Plaintiff*
APRIL MAYS

Dated: July 28, 2023

Respectfully submitted,

Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON P.C.

*Attorneys for Defendant*
BARCLAYS SERVICES LLC

**IT IS SO ORDERED.**

Dated: _____August 1,_____, 2023.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4875-8414-1937.1 / 067242-1039

LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2

2:23-CV-00952-RFB-DJA