Z. Kathryn Branson, Esq.
Nevada State Bar No. 11540
kbranson@littler.com
Luke Molleck, Esq.
Nevada State Bar No. 14405
lmolleck@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:  702.862.7730
Fax No.:    702.920.8450

Attorneys for Defendant
BARCLAYS SERVICES LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| APRIL MAYS,<br><br>        Plaintiff,<br><br>    v.<br><br>BARCLAYS, DOES 1 through 100, inclusive,<br><br>        Defendant. | Case No. 2:23-cv-00952-RFB-DJA<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[SECOND REQUEST]** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff APRIL MAYS ("Plaintiff") and Defendant BARCLAYS SERVICES LLC (wrongfully named "Barclays") ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of August 18, 2023, up to and including **September 1, 2023**.

Such extension is necessary in light of the fact that Defendant's counsel was recently retained and requires the additional time to continue to investigate the allegations in the Complaint. Further, an arbitration agreement exists which may affect jurisdiction of this matter, and the parties are discussing whether Plaintiff will stipulate to remove this case to arbitration or whether Defendant's counsel will file a motion to compel arbitration.

/ / /

LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

2:23-CV-00952-RFB-DJA

This is the second request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: August 16, 2023

Respectfully submitted,

/s/ Scott B. Olifant
SCOTT B. OLIFANT, ESQ.

*Attorney for Plaintiff*
APRIL MAYS

Dated: August 16, 2023

Respectfully submitted,

Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON P.C.

*Attorneys for Defendant*
BARCLAYS SERVICES LLC

**IT IS SO ORDERED.**

Dated: _____August 21_____, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2

2:23-CV-00952-RFB-DJA