# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| April Mays,<br><br>    Plaintiff,<br><br>v.<br><br>Barclays; et al.,<br><br>    Defendants. | Case No. 2:23-cv-00952-RFB-DJA<br><br>**Order** |

Before the Court is the parties' joint motion[1] to stay discovery. (ECF No. 17). The parties move to stay discovery pending the outcome of the Early Neutral Evaluation ("ENE"). The parties explain that they have agreed to move this matter to arbitration after the Court's ENE and thus, even if the ENE does not resolve the claims, there is no pending fact question before the Court. The parties add that they have agreed to exchange initial disclosures before the ENE. The Court grants the parties' stipulation because it finds a stay of discovery appropriate under the good cause analysis in *Schrader v. Wynn*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324, at \*4 (D. Nev. Oct. 14, 2021) and Federal Rule of Civil Procedure 1.

**IT IS THEREFORE ORDERED** that the parties' joint motion to stay discovery (ECF No. 17) is **granted.**

DATED: September 26, 2023

                        DANIEL J. ALBREGTS
                        UNITED STATES MAGISTRATE JUDGE

---

[1] The parties title their motion a "joint motion" despite it being signed by all parties. *See* LR 7-1(c).