Z. Kathryn Branson, Esq.
Nevada Bar No. 11540
Luke W. Molleck
Nevada Bar No. 14405
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:    702.862.7730
Fax No.:       702.920.8450
kbranson@littler.com
lmolleck@littler.com

Attorneys for Defendant
BARCLAYS SERVICES LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| APRIL MAYS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BARCLAYS, DOES 1 through 100, inclusive,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-00952-RFB-DJA<br><br>**STATUS REPORT** |

Pursuant to this Court's Order dated October 11, 2023, ECF No. 19, parties are required to file a stipulation and order for dismissal on or before December 11, 2023.  The parties have been diligently working to finalize settlement and agree that it should be completed shortly.  Accordingly, the parties request a 14-day extension from the Court's December 11, 2023 deadline to file the dismissal

/ / /

/ / /

/ / /

4875-5220-5974.1 / 067242-1107

LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

2:23-CV-00952-RFB-DJA

paperwork.  The parties therefore expect to file the dismissal paperwork on or before **December 26, 2023**.

Dated: December 8, 2023

        LITTLER MENDELSON, P.C.

        /s/ Z. Kathryn Branson
        Z. Kathryn Branson
        Luke Molleck

        Attorneys for Defendant
        BARCLAYS SERVICES LLC

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  12-12-2023

LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

4875-5220-5974.1 / 067242-1107

2

2:23-CV-00952-RFB-DJA

**PROOF OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169.  On December 8, 2023, I served the within document(s):

**STATUS REPORT**

X   By CM/ECF filing – pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the court's case management and electronic case filing (cm/ecf) system:

☐   By PROCESS SERVICE – the above-referenced document was process served via process service upon the parties listed.

☐   By EMAIL - by e-mailing a copy of the document(s) listed above to the person(s) at the e-mail address(es) set forth below pursuant to agreement of counsel.

Scott B. Olifant, Esq.
5520 Sharpsburg Avenue
Las Vegas, NV 89141
solifant@gmail.com

Attorneys for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 8, 2023, at Las Vegas, Nevada.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Maribel Rodriguez
　　　　　　　　　　　　　　　　　　　　　　Maribel Rodriguez

4875-5220-5974.1 / 067242-1107

LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

3                                        2:23-CV-00952-RFB-DJA